UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20540-Civ-COOKE/O'SULLIVAN

LEONCIO V. DATTUS,

    Plaintiff,

vs.

SUNSET VALET PARKING, INC., and
EDUARDO PEREZ ARRUFAT,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before me upon Judge O'Sullivan's Order (ECF No. 19), recommending that the parties' Settlement Agreement be approved. I have reviewed Judge O'Sullivan's Order in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) and it is adopted as the Order of this Court.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Court **APPROVES** the parties' Settlement Agreement.
2. This case is **DISMISSED** *with prejudice*. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement until **February 3, 2022**.
3. The Clerk of Court shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 21st day of April 2021.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*